IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

Index No.: 1:14 CR 00773-011

Notice of Motion For
Leave to File Late
Notice of Appeal

-against-

Giorgi Buleishvili

Defendants

---

PLEASE TAKE NOTICE that the annexed affirmation of Giorgi Buleishvili, that I move this Court for an order deeming the notice of motion herein a timely filed notice of appeal pursuant to Federal Rules of Appellate Procedure Rule 4 et. seq. and Rule 5 et. seq.;

Dated: February 26, 2020

Giorgi Buleishvili

*G. Buleishvili* (signature)

IN THE UNITES STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK.

_____

United States of America,

　　　　　　　　　　　　　　　　　　　　　　　　　　Index No.: 1:14 CR 00773-011 (RB)

　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Notice of Motion For</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Leave to File Late</u>
　　　　　　　　　　　　　　　　　　　　　　　　　　<u>Notice of Appeal</u>

　　　　　　　　　-against-

Giorgi Buleishvili

　　　　　　　　　　　　　　Defendant

_____

I, Giorgi Buleishvili, the Defendant in the above referenced matter do hereby affirm the following facts under the penalty of perjury:

1. I am the Defendant in the above referenced matter.
2. I entered a plea of guilty to 18 USC 1349 Conspiracy to Commit Mail Fraud, Wire Fraud, and Health Care Fraud. I was sentenced to 34 months incarceration and 3 years supervised release. To date, a notice of appeal has not yet been filed under 1:14 CR 00773-011(RB).
3. The judgment in the criminal case was filed on July 6, 2017.
4. A Notice of Appeal must be filed in the District Court within 14 days after the entry of either the judgment or the order being appealed. (See Federal Rules of Appellate Procedure, Rule 4(b)(1).) "Upon a finding of excusable neglect or good cause, the district court may-before or after the time has expired, without motion and notice- extend time to file a notice of appeal for a period not to exceed 30 days from expiration of the time otherwise prescribed by this Rule 4(b).)" (Id at Rule 4(b)(4).)
5. My former counsel never told me that I could appeal my criminal conviction. If he told that I could appeal my criminal conviction I would have appealed my conviction. When I was in jail an inmate told me that I could appeal my conviction, I told my fiancé to tell my lawyer to appeal. My fiancé told me that my lawyer said that there is 14-day deadline to appeal, that it was too late. I was very upset. I tried to call my former lawyer but he refused to take my call. I wanted to ask him to appeal my case.
6. I would like to appeal my conviction.

WHEREFORE, I respectfully request that this Honorable Court deems this Notice of Motion to Appeal a timely filed appeal.

For Leave to File a Late Notice of Appeal, herein a timely filed a notice of appeal, or, in the alternative grant me a permission to file a late Notice of Appeal under Case Number 1:14 CR 00773-011(RB), pursuant to Federal Rules of Appellate Procedure Rule 4 et. seq. and Rule 5 et. seq.; and grant such other relief as the court deems just and proper.

*G. Buleshcl*

Giorgi Buleishvili/ A#204-096-043
Clinton County Correctional Facility
58 Pine Mountain Road
Mcelhattan, PA 17748