USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

GIORGI BULEISHVILI,

          Defendant.

No. 14-CR-773 (RA)
No. 20-CV-5626 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    The C.J.A. attorney from the habeas panel, who is assigned to receive cases on this day, is hereby ordered to assume representation of the defendant in the above captioned matter.

SO ORDERED.

Dated:    July 23, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge