UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
      -against-                        :          ORDER
                                       :
                                       :        14-cr-773 (RA)
                                       :        20-cv-5626 (RA)
                                       :        _____
   Giorgi Buleishvili                  :
                                       :          Docket #
---------------------------------------x
```

  Ronnie Abrams
_____, **DISTRICT JUDGE**:
        Judge's Name

The C.J.A. attorney assigned to receive cases on this day,

  Florian Miedel
_____ is hereby ordered to assume

representation of the defendant in the above captioned

matter, NUNC-PRO-TUNC  July 23, 2020 .
                      _____

 

                            **SO ORDERED**.

                            _____

                            **UNITED STATES DISTRICT JUDGE**

        July 23, 2020
**Dated:   New York, New York**