

September 24, 2020

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:     **United States v. Giorgi Buleishvili, 14-CR-773**

Dear Judge Abrams:

       On July 21, 2020, Mr. Buleishvili filed a petition pursuant to 28 U.S.C. § 2255. On July 23, the Court granted Mr. Buleishvili's separate request for the appointment of counsel, and appointed me from the Southern District's CJA panel. The Court also ordered that a supplemental brief on behalf of Mr. Buleishvili be submitted by September 25, 2020.

       I write to request an extension of 30 days to file a supplemental brief. Mr. Buleishvili, to my knowledge, is detained in immigration custody at the Clinton County Correctional Facility in Pennsylvania. I have made repeated attempts to speak with Mr. Buleishvili, by contacting his immigration lawyer, his family, and the facility itself. So far I have been unsuccessful in connecting with him.

       I have researched the issues and arguments advanced by Mr. Buleishvili in his written submissions. However, I believe it is important to speak to Mr. Buleishvili directly before filing papers in this case. Accordingly, I respectfully request an extension of 30 days (with a corresponding extension for the government) to allow me to continue to try to communicate with my client.

       Thank you for your consideration.

Application granted. Accordingly, the deadline for Government's opposition brief is also adjourned thirty days. The Government shall file its opposition brief no later than November 23, 2020.
SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 25, 2020

Respectfully submitted,

/s/

Florian Miedel
*Attorney for Giorgi Buleishvili*

       cc:     Counsel for the government